# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**GERALD BLAYLOCK AND DYLAN BATES**  PLAINTIFFS

VS.  CIVIL ACTION NO.: 1:18-CV-00118-GHD-RP

**TIMOTHY BOGGS, IN HIS INDIVIDUAL CAPACITY**  DEFENDANT

## ORDER OF DISMISSAL

Plaintiffs, Gerald Blaylock and Dylan Bates, and Defendant, Timothy Boggs, have agreed to and announce to the Court a confidential settlement of this case, and the Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, is desirous that this matter be finally closed on the docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, including all claims brought or that could have been brought by any party, with the parties to bear their own costs. Pursuant to the confidential agreement of the parties, the Court will retain jurisdiction over this lawsuit for the purpose of enforcing the confidential settlement agreement.

SO ORDERED AND ADJUDGED this the 22 day of April, 2019.

_____
SENIOR JUDGE

Agreed to by:

*/s/ Victor I. Fleitas*
Victor I. Fleitas, Esq.
***Attorney for Plaintiff***

*/s/ H. David Clark, III*
G. Todd Butler, Esq.
H. David Clark, III, Esq.
***Attorneys for Defendants***